# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00660-CV

**Cleo Elizabeth McKinney Cearley, Appellant**

**v.**

**Sue Burgess, Appellee**

### FROM COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY
### NO. 11339-P, HONORABLE LINDA RODRIGUEZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties to this appeal have filed a joint motion requesting that the appeal be dismissed pursuant to the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a). We grant the motion and dismiss the appeal.

We also grant the parties' request that mandate may issue. *See* Tex. R. App. P. 18.1(c).

_____

Diane M. Henson, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed on Joint Motion

Filed:   July 23, 2010